# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NHAT NGUYEN,** | : | CIVIL ACTION NO. 1:09-CV-0830 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **MICHAEL MUKASEY,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 8th day of July, 2009, upon consideration of the petition for writ of habeas corpus (Doc. 1), in which petitioner seeks release from indefinite detention in accordance with Zadvydas v. Davis, 533 U.S. 678 (2001), while awaiting removal to Vietnam pursuant to a final order of removal, and upon further consideration of respondent's response (Doc. 6), in which he notifies the court that petitioner has been released from the Bureau of Immigration and Customs Enforcement ("ICE") custody pursuant to an order of supervision (Doc. 6-2, at 3), thereby rendering the petition (Doc. 1) moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge